KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 731-8811

**OK/HAV**

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK ERCKERT<br><br>    Defendant. | )  No. Cr.S. 04-0104 DFL<br>)<br>)<br>)  STIPULATION AND [~~PROPOSED~~] ORDER<br>)  RESETTING THE BRIEFING SCHEDULE<br>)  AND THE HEARING DATE<br>)<br>)  Hon. David F. Levi<br>)<br>) |

_____

The defendant, Mark Erckert, by and through counsel, Krista Hart, and plaintiff United States, by and through counsel Phil Ferrari, hereby stipulate and agree that the briefing schedule currently set be reset as follows:

    Motions and briefs due:    January 19, 2006

    Opposition briefs due:     February 2, 2006

    Reply briefs due:          February 9, 2006

    Hearing date:              February 16, 2006 at 10:00 a.m.

It is further stipulated and agreed between the parties that the period from December 29, 2005, and January 19, 2006, should be excluded in computing the time within which the trial of the above criminal

prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(ii) (Local Code T2), and 3161(h)(8)(B)(iv) (Local Code T4).

Defense counsel has been in trial in California Superior Court, County of Sacramento, Department 30, case number 05F02818, People v. Davis. The trial began December 12, 2005, and was expected to last two weeks. It took longer than expected; counsel gave closing arguments on January 4, 2006. Defense Counsel has not had time to prepare the motions.

Respectfully submitted,

DATED: January 5, 2006         /s/ *Krista Hart*
                               Krista Hart
                               Attorney for Defendant
                               Mark Erckert

DATED: January 5, 2006         McGREGOR SCOTT
                               United States Attorney

                                /s/ *Phil Ferrari*
                               Assistant U.S. Attorney
                               (signed by Krista Hart per
                               telephone conversation)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: 1/10/2006               /s/ David F. Levi
                               HONORABLE DAVID F. LEVI
                               United States District Judge

2