1  MCGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   JASON HITT
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone:  (916) 554-2744
5

LODGED

FEB 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|              Plaintiff, | ) CR.S. 04-104 DFL |
| v. | ) |
| Mark Erckert, | ) |
|              Defendant. | ) |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents filed on February 22, 2006, in the above-captioned matter be and is hereby ordered sealed until further order of this Court.

DATED: 2/22/2006

_____
HONORABLE DAVID F. LEVI
Chief Judge
United States District Court