IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARK STEVEN ERCKERT,<br><br>        Defendant. | CR. No. S-04-0104 DFL<br><br>[proposed] ORDER |

    On February 16, 2006, this matter came before the Court for a hearing on the defendant's motion for information concerning a confidential informant. The United States was represented by Assistant U.S. Attorney Philip A. Ferrari; the defendant was represented by Krista Hart, Esq.

    The government has represented that it will disclose the identity of the confidential informant, as well as any related <u>Brady</u> materials, immediately following the trial confirmation hearing. The government has also represented that it will contact the confidential informant forthwith and convey the defendant's interest in contacting the confidential informant. The government will offer to relay contact information to the defendant if the confidential

1

informant consents.

In light of the foregoing representations, the defendant's motion is **DENIED**.

Date: 2/24/2006

_____
DAVID F. LEVI
United States District Judge