IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-04-104 DFL |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER DENYING THE DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |
| | ) | |
| v. | ) | |
| | ) | |
| MARK ERCKERT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   On February 16, 2006, the Court heard argument on defendant Mark Erckert's motion to suppress evidence.  Defendant's counsel, Krista Hart, Esq., appeared and Assistant U.S. Attorneys Philip Ferrari and Jason Hitt, appeared for the government.

   For the reasons set forth orally by the Court and recorded in the transcript of the February 16, 2006, hearing, attached as Exhibit A, the defendant's motion to suppress evidence is DENIED.

   IT IS SO ORDERED.

Date: 3/7/2006

_____
DAVID F. LEVI
United States District Judge

**Exhibit A**