McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

**OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MARK STEVEN ERCKERT,  )<br>  )<br>         Defendant.  )<br>_____ ) | CR. No. S-04-104 DFL<br><br>STIPULATION AND ORDER<br><br>Date: August 10, 2006<br>Time: 10:00 a.m.<br>Hon. David F. Levi |

       This matter came on before the Court on May 24, 2006, for a Trial Confirmation Hearing.  Prior to the hearing, the government disclosed the identity of CS#3 and provided early <u>Jencks</u> material consisting of a debriefing report and Grand Jury testimony.

       Upon learning the identity of the CS, counsel for defendant announced the intention to file an additional motion to suppress. On that basis, the Court vacated the trial date and directed the parties to propose a motion briefing schedule.  After consultation with the Court's Courtroom Deputy, the parties propose the following:

-1-

| | | |
|---|---|---|
| 1 | Defendant's Motion To Suppress: | June 22, 2006 |
| 2 | Government's Response: | July 13, 2006 |
| 3 | Defendant's Reply: | July 20, 2006 |
| 4 | Hearing: | August 10, 2006 at 10:00 |
| 5 | | a.m. |

 6  Counsel for the defendant requires additional time to review
 7 the <u>Jencks</u> disclosures and to prepare the previously mentioned
 8 motion.  Accordingly, the parties request that time be excluded from
 9 computation under the Speedy Trial Act from the day of the Trial
10 Confirmation Hearing (May 24, 2006) up to and through the date that
11 the defendant's motion is filed (June 22, 2006) under those
12 provisions of the Act relating to reasonable time to prepare.  18
13 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

14

15 DATED: May 31, 2006          /s/ Philip Ferrari for
                                KRISTA HART, ESQ.
16                              Attny. for Mark Erckert

17

18 DATED: May 26, 2006          McGREGOR W. SCOTT
                                United States Attorney
19

20                          By: /s/ Philip Ferrari
                                PHILIP A. FERRARI
21                              Assistant U.S. Attorney

22

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1
2     Based upon the representations by counsel and the stipulation
3  of the parties, **IT IS HEREBY ORDERED** that:
4     1.   The trial date previously set in this matter is hereby
5  vacated;
6     2.   The proposed briefing schedule for the defendant's motion
7  to suppress is adopted and a hearing on that motion is set for
8  August 10, 2006 at 10:00 A.M.; and
9     3.   The Court finds that the ends of justice outweigh the best
10 interest of the public and the defendant in a speedy trial, and
11 accordingly, time under the Speedy Trial Act shall be excluded from
12 May 24, 2006, through June 22, 2006, pursuant to the provisions of
13 the Act relating to reasonable time to prepare.  18 U.S.C.
14 § 3161(h)(8)(B)(iv); Local Code T4..
15
16
17    **IT IS SO ORDERED.**
18
19 DATED: 6/6/06
20
21
22                                    _____
                                      DAVID F. LEVI
23                                    United States District Judge
24
25
26
27
28