KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 357
Sacramento, California  95814
Telephone: (916) 731-8811          **OK/HAV**

Attorney for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 04-104 DFL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **RESETTING THE BRIEFING SCHEDULE AND** |
| v. | ) | **HEARING DATE** |
| | ) | |
| | ) | |
| MARK ERCKERT, | ) | |
| | ) | Date:   August 10, 2006 |
| Defendants. | ) | Time:   10:00 a.m. |
| | ) | Judge:  Hon. David F. Levi |

_____

     The defendant Mark Erckert, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Phil Ferrari, hereby stipulate and agree that the briefing schedule currently set be reset as follows:

     Motions and briefs due:   June 29, 2006

     Opposition brief due:     July 20, 2006

     Reply briefs due:         July 27, 2006

     Hearing date:             August 17, 2006 at 10:00 a.m.

     It is further stipulated and agreed between the parties that the period of time from June 22, 2006, and June 29, 2006, should be

excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

This matter was set for a briefing schedule concerning a second motion to suppress evidence based on newly discovered information. While preparing the motion, defense counsel learned that there is some additional discovery necessary for the motion.  The government has agreed to look for the requested discovery and provide it to the defense if it exists.  Therefore, additional time is necessary to obtain the discovery and complete the motion.

June 27, 2006                    /s/ Krista Hart
                                 Attorney for Mark Erckert


June 27, 2006                    McGREGOR SCOTT
                                 United States Attorney


                                 /s/ Phil Ferrari
                                 Assistant U.S. Attorney
                                 (Signed by Krista Hart, per e-mail)


**O R D E R**


**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**


DATED: June 26, 2006             /s/ David F. Levi
                                 The Honorable DAVID F. LEVI
                                 United States District Court Judge